Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Marie E. Wagner** | : | Case No. 14−20204−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related To Docket No. 67 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***23rd day of August, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-20204-CMB
Marie E. Wagner                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel            Page 1 of 2              Date Rcvd: Aug 23, 2016
                            Form ID: 309          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db          +Marie E. Wagner,    1709 Wilson Street,    North Braddock, PA 15104-3052
sp          +Edward H. Walter,    Jubelirer, Pass & Intrieri, P.C.,    219 Fort Pitt Boulevard,
              Pittsburgh, PA 15222-1576
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13781099    +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13781100    +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13781101    +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13822664    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13793705    +Deily, Mooney, & Glastetter, LLP,    8 Thurlow Terrece,    Albany, NY 12203-1006
13793706     Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
              Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13853604    +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 N. Shore Drive, 2nd Floor,
              Pittsburgh, PA 15212-5860
13793707    +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13781103    +Pittsburgh Oral Surgery,    c/o AAS Debt Recovery Inc.,    P.O. Box 129,
              Monroeville, PA 15146-0129
13781105    +Pittsburgh Parking Court,    Pittsburgh Parking Court #2161583,    P.O. Box 640,
              Pittsburgh, PA 15230-0640
13793710    +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
13781106    +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1920
13781107     Richard C. Maider, Esquire,    Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
              Albany, NY 12203-1006
13781110     TD Auto Finance,    Trustee Payment Dept.,    P.O. Box 90011897,    Louisville, KY 40290-1897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13781102    +EDI: CONVERGENT.COM Aug 24 2016 01:08:00     Convergent Outsourcing,   800 Sw 39th St,
              Renton, WA 98057-4975
13781108    +EDI: SEARS.COM Aug 24 2016 01:08:00     Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13781109    +EDI: NEXTEL.COM Aug 24 2016 01:08:00     Sprint,    Customer Service,   PO Box 8077,
              London, KY 40742-8077
13781111    +EDI: WTRRNBANK.COM Aug 24 2016 01:08:00     Tnb - Target,    Po Box 673,
              Minneapolis, MN 55440-0673
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr           Allegheny County
cr           Deutsche Bank National Trust Company formerly know
cr           Duquesne Light Company
cr           JPMORGAN CHASE BANK, N.A.
cr           TD Auto Finance LLC
13793701*   +AAS Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
13793702*   +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13793703*   +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13793704*   +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13793708*   +Pittsburgh Oral Surgery,    c/o AAS Debt Recovery Inc.,    P.O. Box 129,
              Monroeville, PA 15146-0129
13793709*   +Pittsburgh Parking Court,    Pittsburgh Parking Court #2161583,    P.O. Box 640,
              Pittsburgh, PA 15230-0640
13793711*   +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1920
13793712*    TD Auto Finance,    Trustee Payment Dept.,    P.O. Box 90011897,   Louisville, KY 40290-1897
13781104    ##+Pittsburgh Oral Surgery,    3347 Forbes Avenue,    Pittsburgh, PA 15213-3124
                                                                                 TOTALS: 5, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel                Page 2 of 2                  Date Rcvd: Aug 23, 2016
                              Form ID: 309              Total Noticed: 21
```

         ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company formerly known as
               Bankers Trust Company of California, N.A. as Trustee for the certificateholders of UCFC Loan
               Trust 1998-D agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Marie E. Wagner ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```