**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARIE E. WAGNER | Case No.:14-20204

        Debtor(s)

    Ronda J. Winnecour | Document No.:
        Movant
        vs.
    No Repondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

      1.  The case was filed on 01/20/2014  and confirmed on 03/20/2014 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

      2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,336.60 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,336.60 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,587.40 | |
|   Trustee Fee | 323.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,911.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXX0;14 | | | | |
| TD AUTO FINANCE | 3,668.47 | 2,365.98 | 275.99 | 2,641.97 |
|   Acct: 8201 | | | | |
| CHASE MORTGAGE | 3,992.80 | 2,472.08 | 311.26 | 2,783.34 |
|   Acct: XXX9558 | | | | |
| | | | | 5,425.31 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 4,000.00 | 2,587.40 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARIE E. WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON MAZZEI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

* * * N O N E * * *

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3540 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9980 | | | | |
| PROFESSIONAL ACCOUNTY MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9980 | | | | |
| EQUITABLE GAS CO (*) | 491.39 | 0.00 | 0.00 | 0.00 |
| Acct: XX9885 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7873 | | | | |
| JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                        5,425.31

TOTAL CLAIMED

| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 7,661.27 |
| UNSECURED | 491.39 |

Date: 09/15/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com